**YU | MOHANDESI LLP**

Jordan S. Yu (SBN: 227341)
213.377.5502 | jyu@yumollp.com
Amanda A. Garcia (SBN 331043)
213.519.7866 | agarcia@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

*Attorneys for Defendants*
*Global Lending Services LLC,*
*Loss Prevention Services (MS), LP,*
*and Swift Recovery Group, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGESH KUMAAR and KUMAAR FAMILY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL LENDING SERVICES LLC; LOSS PREVENTION SERVICES (MS), LP; SWIFT RECOVERY GROUP INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25−cv−09277−PA (SSCx)<br><br>*Hon. Percy Anderson*<br><br>**STIPULATION TO EXTEND DEFENDANT SWIFT RECOVERY GROUP INC.'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br>**(L.R. 8-3)**<br><br>Complaint served: October 21, 2025<br>Current response date: November 12, 2025<br>New response date: December 12, 2025 |

– 1 –
STIPULATION TO EXTEND DEFENDANT SWIFT RECOVERY GROUP INC.'S TIME
TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1  Pursuant to L.R. 8-3, Plaintiffs Logesh Kumaar and Kumaar Family LLC
2  (collectively, "Plaintiffs") and Defendant Swift Recovery Group Inc. ("Swift"), by
3  and through their counsel of record, hereby stipulate to extend Swift's time to answer
4  or otherwise respond to Plaintiffs' Complaint by not more than 30 days, through and
5  including December 12, 2025.

7  DATED: November 10, 2025         **YU | MOHANDESI LLP**

9                                   By: */s/ Jordan S. Yu*
10                                       Jordan S. Yu
                                         Amanda A. Garcia
11                                       Attorneys for Defendants
                                         Global Lending Services LLC,
12                                       Loss Prevention Services (MS), LP,
13                                       and Swift Recovery Group, Inc.

15  DATED: November 10, 2025         **LAW OFFICES OF BRANDON A. BLOCK**
                                     **A PROFESSIONAL CORPORATION**

18                                   By: */s/ Brandon A. Block*
19                                       Brandon A. Block
                                         Attorney for Plaintiffs
20                                       Logesh Kumaar and
                                         Kumaar Family LLC

**SIGNATURE ATTESTATION [L.R. 5-4.3.4(a)(2)]**

Pursuant to L.R. 5-4.3.4(a)(2) of the Local Civil Rules of the United States District Court for the Central District of California, I certify that all other signatories listed, and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

By: */s/ Jordan S. Yu*
Jordan S. Yu

**CERTIFICATE OF SERVICE**

I certify that on November 11, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 11, 2025

By: */s/ Jordan S. Yu*
Jordan S. Yu

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 4 –
STIPULATION TO EXTEND DEFENDANT SWIFT RECOVERY GROUP INC.'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)